UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| GARY SAWYER, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> E.I DUPONT DE NEMOURS AND § <br> COMPANY, § <br> § <br> Defendant. § | CIVIL ACTION NO. G-06-702 |

## **ORDER**

Pursuant to the Bill of Costs submitted by the defendant and the objections filed by the plaintiffs, the Court determines that the total costs, for which the plaintiffs are jointly and severally liable, is $54,660.14.

It is so ORDERED.

SIGNED at Houston, Texas this 23rd day of February, 2011.

_____
Kenneth M. Hoyt
United States District Judge